

| | | | | |
|---|---|---|---|---|
| Williams v. State | 79A02–1604–CR–782 | 11/30/2016 | CRONE, J.<br>KIRSCH, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Payton v. State | 20A03–1602–PC–433 | 11/30/2016 | NAJAM, J.<br>VAIDIK, C.J.<br>BAKER, J. | Affirmed<br>Concurs<br>Concurs |
| Slate v. Health and Hosp. Corp. of Marion County | 49A02–1603–OV–681 | 11/30/2016 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Bradfield v. State | 34A02–1604–CR–730 | 11/30/2016 | BROWN, J.<br><br>VAIDIK, C.J.<br>BRADFORD, J. | Reversed and Remanded<br>Concurs<br>Concurs |
| Binion v. State | 20A04–1604–CR–918 | 11/30/2016 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| A.F., In re | 84A05–1604–JT–845 | 11/30/2016 | PYLE, J.<br>BRADFORD, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Towne v. State | 49A04–1511–CR–1854 | 12/01/2016 | DARDEN, Sr.J.<br>VAIDIK, C.J.<br>KIRSCH, J. | Affirmed<br>Concurs<br>Concurs |
| Pete v. Forrester | 48A02–1604–GU–847 | 12/01/2016 | ALTICE, J.<br>BRADFORD, J.<br>PYLE, J. | Dismissed<br>Concurs<br>Concurs |
| Lloyd v. State | 49A02–1512–CR–2306 | 12/02/2016 | MATHIAS, J.<br>ROBB, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Chavez v. State | 75A05–1509–CR–1460 | 12/02/2016 | MAY, J.<br>KIRSCH, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| I.C., In re | 49A02–1604–JT–907 | 12/02/2016 | MATHIAS, J.<br>ROBB, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Montgomery v. State | 82A01–1603–CR–568 | 12/02/2016 | BAKER, J.<br>VAIDIK, C.J.<br>NAJAM, J. | Affirmed<br>Concurs<br>Concurs |